AO 450 (Rev. 5/85)

# United States District Court
### EASTERN DISTRICT OF NORTH CAROLINA
**WESTERN DIVISION**

| | |
|---|---|
| JOSEPH C. CATALANO, ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | |
| ) | |
| ) | **JUDGMENT IN A CIVIL CASE** |
| AARP ORGANIZATION ) | **CASE NO. 5:09-CV-455-D** |
| Defendant ) | |

**Decision by the Court:**

     **IT IS ORDERED AND ADJUDGED** that the court dismisses this action for lack of subject-matter jurisdiction. The court denies plaintiff's motion for reconsideration. The Clerk of Court is directed to close the case.

THE ABOVE JUDGMENT WAS ENTERED TODAY, **AUGUST 4, 2010** WITH A COPY TO:

Joseph C. Catalano (via United States Postal Service)
Allen Sprinkle (via CM/ECF Notice of Electronic Filing)


August 4, 2010                  DENNIS P. IAVARONE, Clerk
Date                          Eastern District of North Carolina

                                       /s/ Debby Sawyer
                                       (By) Deputy Clerk

Raleigh, North Carolina